FORBES *v.* STEVENS.

This case is controlled by *Forbes* v. *Ziegenhardt, ante,* 187.

Appeal from Lapeer; Dehnke (Herman), J., presiding. Submitted April 21, 1950. (Docket No. 72, Calendar No. 44,643.) Decided June 27, 1950. Rehearing denied October 13, 1950.

Bill by David A. Forbes, receiver, against Frank Stevens and wife to foreclose a lien. Decree for plaintiff. On petition of defendant Elizabeth Stevens to vacate decree. Petition denied. Rehearing denied. Defendant appeals. Affirmed.

*Walter O. Estes, Roger J. Vaughn, John Safran* and *Albin J. Stevens,* for defendant.

*Walter S. Foster,* for creditors' trustees.

*Smith & Smith,* for trustees' assignee.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Maurice M. Moule,* Assistant Attorney General, for the receiver.

BUSHNELL, J. Defendants Frank Stevens and Elizabeth Stevens, his wife, were owners of lands described as:

"N ½ of NE ¼, Sec. 14, T 10 N, R 11 E, Burlington township, Lapeer county, Michigan."

They were insured in the Lapeer Farmers' Mutual Fire Insurance Association. The association receiver, plaintiff David A. Forbes, obtained a lien on this property, which is detailed in *Forbes* v. *Ziegen-*

*hardt, ante,* 187, a companion case decided herewith. The proceedings thereafter were parallel, and the issues presented are the same. Some additional defenses are alleged, but these, as all the defenses, could have been raised during the lien trial and at . the hearing on the first petition to vacate or the rehearing thereof.

For the reasons stated in *Forbes* v. *Ziegenhardt, supra,* the order of the trial court is affirmed. Costs to appellee.

REID, NORTH, BUTZEL, and SHARPE, JJ., concurred with BUSHNELL, J.

DETHMERS and CARR, JJ., did not sit.

BOYLES, C. J., took no part in the decision of this case.